[No. 29427-3-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04451-8, John A. McCarthy, J., entered October 3, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 29526-1-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK DEMONE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03457-0, Karen L. Strombom, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29554-7-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE WILLIAM McCUE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00636-0, Jay B. Roof, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 29615-2-II.   Division Two.   December 2, 2003.]

ASGHAR SADRI, *Individually and as Manager of the Garden View Trust, Appellant*, v. REALTY EXCHANGERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-05218-1, John F. Nichols, J., entered November 18, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.